```
UNITED STATES DISTRICT COURT                              Rev. May 2007
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
PAUL STUART SCHROEDER,
                                        AMENDED
              Plaintiff(s),      ORDER FOR COURT CONFERENCE

      -against-                  08 Cv. 3438(CLB)(GAY)

U.S.A.

              Defendant(s).
---------------------------------X
```

**PLEASE DISREGARD THE PREVIOUS ORDER FOR COURT CONFERENCE DATED MAY 14, 2008 AND SIGNED BY JUDGE BRIEANT. THIS CASE HAS BEEN REFERRED TO THE HON. GEORGE A. YANTHIS, UNITED STATES DISTRICT JUDGE FOR ALL PURPOSES.**

SO ORDERED.

Dated:   White Plains, New York
         June 4, 2008

_____
Charles L. Brieant, U.S.D.J.