**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



SCHROEDER

                      NOTICE OF REASSIGNMENT

      -V-

                      7:08 CV 3938(KMK)(GAY)

US

----------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                              J. Michael McMahon, CLERK

Dated: 08/26/2008
                    by: _____
                                  Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO: GEORGE A. YANTHIS

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004