

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

---

86 Chambers Street, 3rd Floor
New York, New York 10007

August 6, 2008

**BY FEDERAL EXPRESS**
Paul Stuart Schroeder
6 Farrell Road
Newtown, CT 06470

Re: Schroeder v. United States, 08 Civ. 3438 (GAY)

Dear Mr. Schroeder:

I am the Assistant United States Attorney assigned to represent the United States in the above-referenced action you filed in United States District Court. According to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), we should confer regarding the schedule for discovery in this case. For your convenience, set forth below is my proposed schedule:

| | |
|---|---|
| Initial Disclosures FRCP 26(a)(1) | Sept. 12, 2008 |
| Any amendments to the complaint FRCP 15(a) | Sept. 19, 2008 |
| Service of initial discovery requests | Sept. 26, 2008 |
| Close of fact discovery | Jan. 23, 2009 |
| Plaintiff's expert report due | Feb. 13, 2009 |
| Defendant's expert report due | Mar. 6, 2009 |
| Close of expert discovery | Mar. 27, 2009 |

Please write me or contact me by telephone, by August 15, 2008, to propose any revisions to the schedule.

Thank you for your prompt attention to this matter.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

*Approved:*
*So ORDERED.*
*[signature] 8/28/08*

*Pretrial Conference scheduled for January 13, 2009 at 10:00 a.m. U.S. Courthouse, White Plains*

*Copy Given to All Parties*